C. Andrew Campbell, Esq.
Campbell@Campbell-Law-AZ.com
Campbell Law, P.C.
1839 South Alma School Road, Suite 275
Mesa, Arizona 85210
(480) 838-9000 Telephone
(480) 838-9302 Facsimile
Attorneys for Defendants
Comenity Capital Bank f/k/a World Financial Capital Bank
and Alliance Data Systems Corporation

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Jeanette Thompson,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Comenity Capital Bank f/k/a World Financial Capital Bank, John Doe Corporation, and Alliance Data Systems Corporation,<br><br>　　　　　　Defendants. | CASE NO. 13-cv-00040-CKJ<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT, PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:**

   **PLEASE TAKE NOTICE** that all parties in the above-entitled lawsuit have agreed to settle the lawsuit in its entirety.  The parties anticipate that they will complete the settlement, and that the parties will file a Joint Motion to Dismiss, the individual action of Plaintiff JEANNETTE THOMPSON with prejudice, pursuant to FRCP 41(a)(1)(A)(ii), and dismiss without prejudice, the class action claims asserted in the lawsuit, within 45 days from the date of this Notice.  The parties

request that the Court take off calendar all future calendared dates.  Each party shall bear their own costs and expenses.

DATED:  December 19, 2013                    CAMPBELL LAW, P.C.


                                            By    s/C. Andrew Campbell
                                                  C. Andrew Campbell
                                                  Attorneys for Defendant
                                                  MIDLAND CREDIT
                                                  MANAGEMENT, INC.


DATED:  December 19, 2013                    WEISBERG & MEYERS, LLC


                                            By    s/Marshall Meyers
                                                  Marshall Meyers
                                                  Attorneys for Plaintiff
                                                  JEANETTE THOMPSON