UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Jeanette Thompson,<br><br>             Plaintiff,<br><br>     v.<br><br>Comenity Capital Bank f/k/a World Financial Capital Bank, John Doe Corporation, and Alliance Data Systems Corporation,<br><br>             Defendants. | CASE NO. 13-cv-00040-CKJ<br><br>**ORDER RE: JOINT MOTION TO DISMISS** |

The Court has reviewed the Joint Motion of Plaintiff JEANNETTE THOMPSON and Defendants COMENITY CAPITAL BANK f/k/a WORLD FINANCIAL CAPITAL BANK and ALLIANCE DATA SYSTEMS, CORPORATION.  Good cause appearing,

IT IS ORDERED:

1. The Joint Motion to Dismiss (Doc. 35) is GRANTED.

2. This action is dismissed with prejudice as to Plaintiff JEANNETTE THOMPSON and dismissed without prejudice as to the putative class members, pursuant to FRCP 41(a)(1)(A(ii).

3. The parties shall bear their respective attorneys' fees and costs.

4. The Clerk of Court shall close its file in this matter.

Dated this 5th day of February, 2014.

_____
Cindy K. Jorgenson
United States District Judge